IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TIA M MALMQUIST, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> MICHAEL J ASTRUE, ) <br> ) <br> Defendant. ) <br> ) | C07-3085 MWB <br><br> JUDGMENT IN A CIVIL CASE |

This action came before the Court.

IT IS ORDERED AND ADJUDGED

The Commissioner's decision is reversed. Judgment will be entered in favor of the

Commissioner and against plaintiff. Plaintiff take nothing and this action is dismissed.


DATED: December 29, 2008


Robert L. Phelps
Clerk

s/src
(By) Deputy Clerk