IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TIA M MALMQUIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C07-3085 MWB |
| ) | ATTORNEY FEE |
| ) | JUDGMENT IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| MICHAEL J ASTRUE, ) | |
| ) | |
| Defendant. ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That attorney fees in the amount of $4,221.56 (four thousand two-hundred twenty-one dollars and fifty-six cents), are to be paid by the Social Security Administration and awarded directly to Thomas Krause


DATED: April 28th, 2009

                                                   Robert L Phelps
                                                   Clerk

                                                   S/src
                                                 (By) Deputy Clerk